United States District Court for the Eastern District of Pennsylvania

# AFFIDAVIT OF SERVICE

Index No: **25-4374**

| | |
|---|---|
| Plaintiff/Petitioner: | **Grace Ocean Private Limited, as owner of the M/V dali and Synergy marine PTE Ltd, as Manager of the M/V Dali** |
| Defendant/Respondent: | **Hyundai Heavy Industries Co., Ltd.** |

COMMONWEALTH OF PENNSYLVANIA
County of Dauphin     ss.:

I, **John Shinkowsky**, depose and say that I am a competent adult authorized to serve this process and that on **08/01/2025** at **12:46 PM**, I served the within **Summons in a Civil Action; Civil Cover Sheet; Designation Form; Complaint; Electronic Case Filing System (ECF)** on **Hyundai Heavy Industries Co., Ltd.** at **Corporation Service Company, 5235 North Front Street, Harrisburg, PA 17110** in the manner indicated below:

☑ **CORPORATE SERVICE:** By delivering a true copy of each to **Jessica Williams**, **Clerk** of the above named corporation. So served and authorized to accept service.

A description of the recipient, or other person served on behalf of the recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **White** | **Blonde** | **26** | **5ft 07in** | **140 lbs** |
| Other Features: | | | | | |

Sworn to and subscribed before me on __August__  __5__ , 20__25__
by an affiant who is personally known to me or produced identification.

_____
NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
Chad Spotts, Notary Public
Dauphin County
My commission expires April 19, 2029
Commission number 1248992

X _____
John Shinkowsky
Lexitas
1235 Broadway, 2nd Floor
New York, NY 10001
(212) 233-4040

Our File#: **24758902**

