### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI<br><br>v.<br><br>Hyundai Heavy Industries Co., Ltd. | Civil Action No.: 2:25-cv-04374-KNS |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of George P. Varghese of Wilmer Cutler Pickering Hale and Dorr LLP on behalf of HD Hyundai Heavy Industries, Co., Ltd. in the above-captioned matter. This appearance is limited in that it is solely for the purpose of contesting personal jurisdiction, and it is not intended to in any way waive any arguments regarding lack of personal jurisdiction or any other matter.

Dated: August 21, 2025                                Respectfully submitted,

/s/ George P. Varghese
George P. Varghese (Pennsylvania Bar No. 94329)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
George.Varghese@wilmerhale.com

*Attorney for HD Hyundai Heavy Industries, Co., Ltd.*

2

**CERTIFICATE OF SERVICE**

I certify that on August 21, 2025, I caused a true and correct copy of the foregoing to be filed through the Court's electronic filing system and sent electronically to all counsel of record.

*/s/ George P. Varghese*
George P. Varghese