UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI<br><br>v.<br><br>Hyundai Heavy Industries Co., Ltd. | Civil Action No.: 2:25-cv-04374-KNS |

**ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND TO SET A BRIEFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 7.4(b)(2), HD Hyundai Heavy Industries, Co., Ltd. ("HD HHI") respectfully requests that the Court grant a thirty (30) day extension of its deadline to respond to Plaintiffs' Complaint and enter the following briefing schedule for HD HHI's anticipated motion to dismiss:

- HD HHI shall respond to the Complaint by September 22, 2025.
- Plaintiffs' opposition to any motion to dismiss shall be due on October 22, 2025.
- Any reply brief shall be submitted by November 12, 2025.

HD HHI has conferred with Plaintiffs, who consent to the requested relief. HD HHI intends to contest personal jurisdiction in its forthcoming motion to dismiss, and this request is therefore made without consenting to this Court's jurisdiction or waiving any argument regarding the lack thereof.

In support of this motion for extension of time, HD HHI states as follows:

1. On July 31, 2025, Plaintiffs filed their Complaint, initiating this action.

1

2. On August 1, 2025, Plaintiffs purported to serve the entity "Hyundai Heavy Industries Co., Ltd." with the Complaint. HD HHI understands that Plaintiffs intend to sue HD HHI.

3. The current deadline to respond to the Complaint is August 22, 2025.

4. HD HHI did not learn of the purported service until August 13, 2025, and requires additional time to investigate Plaintiffs' claims and to formulate an appropriate response to the Complaint.

5. HD HHI respectfully requests that the deadline to respond to the Complaint be extended by thirty (30) days to September 22, 2025. Plaintiffs consent to this request.

6. Counsel for the parties have met and conferred on a briefing schedule for HD HHI's anticipated motion to dismiss and request that the Court adopt the parties' jointly proposed briefing schedule.

7. This is the first request for an extension of time. This extension request is brought in good faith, in the interest of justice, and not for the purposes of delay. Granting the extension will not prejudice any party as the motion is agreed to by all parties in this matter and the additional time will aid the court through a clearer presentation of the issues.

WHEREFORE, HD HHI respectfully requests that this Court enter an order extending the deadline for HD HHI to respond to the Complaint and adopting the briefing schedule agreed upon by the parties.

Dated: August 21, 2025                    Respectfully submitted,

*/s/ George P. Varghese*
George P. Varghese (Pennsylvania Bar No. 94329)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000

George.Varghese@wilmerhale.com

*Attorney for HD Hyundai Heavy Industries, Co., Ltd.*

**CERTIFICATE OF SERVICE**

I certify that on August 21, 2025, I caused a true and correct copy of the foregoing to be filed through the Court's electronic filing system and sent electronically to all counsel of record.

*/s/George P. Varghese*
George P. Varghese

**CERTIFICATE OF COUNSEL**

Pursuant to Local Rule of Civil Procedure 7.1(b), I hereby certify that the instant motion is uncontested.

*/s/George P. Varghese*
George P. Varghese

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI<br><br>v.<br><br>Hyundai Heavy Industries Co., Ltd. | Civil Action No.: 2:25-cv-04374-KNS |

### ORDER ON ASSENTED TO MOTION FOR
### EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT
### AND TO SET A BRIEFING SCHEDULE

Upon consideration of the Assented to Motion for Extension of Time to Respond to Plaintiffs' Complaint and to Set a Briefing Schedule filed by HD Hyundai Heavy Industries, Co., Ltd. ("HD HHI"):

**IT IS HEREBY ORDERED** that:

1. The motion is **GRANTED**; and

2. The deadline for HD HHI to answer or otherwise respond to the Complaint is extended **through September 22, 2025**.

**3.** The deadline for Plaintiffs to oppose any motion to dismiss the Complaint is extended **through October 22, 2025**.

5

4.      The deadline for HD HHI to file any Reply to Plaintiffs' opposition is extended **through November 12, 2025**.

Dated: August 21, 2025

/S/Kai N. Scott
_____
THE HONORABLE KAI N. SCOTT
UNITED STATES DISTRICT JUDGE