# Exhibit G

# SETTLEMENT AGREEMENT

This Settlement Agreement is made on Oct 15, 2021 by and between Grace Ocean Private Limited (hereinafter called the "Buyer") and Hyundai Heavy Industries Co., Ltd. (hereinafter called the "Builder ").

WHEREAS:

(A) The Builder and Stella Marine LLC have entered into the Shipbuilding Contract dated May 14, 2013 (hereinafter called the "Shipbuilding Contract") to build a vessel having the Builder's Hull No.2678 named "DALI" (hereinafter called the "Vessel").

(B) The Builder delivered the Vessel to Stella Marine LLC on January 5, 2015.

(C) Stella Marine LLC and Lepta Shipping Co., LTD have executed a Memorandum of Agreement dated 9 September 2016 (The "MOA") for the sale of the Vessel.

(D) Lepta Shipping Co., LTD and the Buyer have executed a MOA dated 9 september 2016 (the "sub MOA") for sale of the Vessel.

(E) The Builder, Lepta Shipping Co., Ltd., the Buyer and Stella Marine LLC executed a quadripartite assignment agreement dated 9 September 2016 to assign and transfer the Builder's warranty obligation under the Shipbuilding Contract to the Buyer.

(F) The Builder and the Buyer now wish to settle all outstanding guarantee issues and matters under Article IX of the Shipbuilding Contract.

IT IS NOW AGREED:

1. The Builder or Hyundai Global Service for and on behalf of the Builder shall pay USD 170,800 (One Hundred Seventy Thousand Eight Hundred in United States Dollar) inclusive of any interests and all costs to the Buyer in full and final settlement of any and all claims and disputes including the Vessel's delivery pending items under the Shipbuilding Contract.

2. The Buyer hereby releases and forever discharges the Builder and Hyundai Global Service from any and all obligations and liabilities arising in relation to the matters set out in paragraph 1, except the specified items listed in the enclosed Side Letter.

3. This Settlement Agreement is fully effective and enforceable and constitutes the entire agreement between the parties and supersedes and extinguishes all previous agreements, promises, assurances, warranties, representations and understandings between them, whether written or oral.

4. If any of the provisions of the Settlement Agreement are determined to be invalid under applicable law, they are, to that extent, deemed omitted. The invalidity of any portion of the Settlement Agreement shall not render any other portion invalid.

5. The governing law and arbitration clauses contained in the Shipbuilding Contract shall also apply to this Settlement Agreement.

6. This Agreement represents the settlement of disputed, pending and/or potential claims stipulated at paragraphs 1 and 2 above. Nothing contained herein is or is to be construed as an admission or evidence of liability or wrongdoing on the part of either party to this Agreement or any other person or entity.

In witness whereof, the Buyer and Builder hereto have caused this Settlement Agreement to be duly executed and entered into effective on the date and year first above written.

| For and on behalf of | For and on behalf of | For and on behalf of |
|---|---|---|
| GRACE OCEAN PRIVATE LTD. | SYNERGY MARINE PTE.LTD. | HYUNDAI HEAVY INDUSTIRES CO., LTD. |
| | | |
| Grace Ocean Private Ltd. | Synergy Marine Pte. Ltd. | Hyundai Global Service Co., Ltd. |



# Credit Note

This credit note ("Credit Note") is made and entered into on Oct. 15 2021 by and between Grace Ocean Private Limited (hereinafter called the "Buyers") and HYUNDAI GLOBAL SERVICE CO., LTD. a company duly organized and existing under the laws of the Republic of Korea, having its principal office at 79, Centum Science Park, 79 Centum Jungang-Ro, Haeundae-gu, Busan 48058, Korea (hereinafter called the "HGS").

HGS offers restricted credit in favor of Buyers in the amount of United States Dollars 170,800 (US$ 170,800) ("Restricted Credit Amount"), subject to the terms and conditions set forth below ("Terms and Conditions").

1.  **Qualifying Purchase**

    The Restricted Credit Amount may be redeemed only against a purchase that meets all of the following conditions ("Qualifying Purchase"):
    a.  The purchase is for the supply of all ship's spare parts and service including Main Engine, Diesel Generators (Engine & Generator), Switchboards which are produced by Hyundai Heavy Industries Co. Ltd., and its affiliates.
    b.  The purchase is made pursuant to a valid and effective supply contract with HGS for a Qualifying Product; and
    c.  The purchase is made on or after the Effective Date and no later Oct. 15 2024 ("Expiration Date").

    For clarity, the Restricted Credit Amount may not be redeemed against any purchase that is made by any of the following conditions:
    a.  The purchase is not made pursuant to a valid and effective supply contract for a Qualifying Product;
    b.  The purchase orders are not placed by the Buyer via HGS and are instead placed directly by the Buyer to makers/ manufacturers, whether such makers/ manufactures are HGS's Affiliates including HGS's Overseas branches;
    c.  The amount of the purchase is less than one Thousand only in United States Dollar (USD 1,000); or
    d.  The underlying Contract is made after the Expiration Date.

2.  **Assignment**

    The Buyer may assign to its affiliate any portion of the Restricted Credit Amount that, at the time of the assignment, has not been redeemed yet. For such assignment to be effective, the Buyer shall provide notice to HGS of the assignment within seven (7) days thereof. The assignee of any portion of the Restricted Credit Amount shall be bound by these Terms and Conditions to the same extent as the Buyer and shall not obtain greater rights, privileges, or options than the Buyer has hereunder.

1 / 4



Hereafter, the Buyer and any assignee of the Restricted Credit Amount or any portion thereof shall be referred to as a "Buyer."

## 3. Redemption and Credit Memoranda

The applicable "Redemption Amount" is calculated as the amount actually invoiced for the supply of the Qualifying Product(s), and may be recognized and applied against a Qualifying Purchase only in the following manner:

a. If the Buyer elects to apply any unredeemed portion of the Restricted Credit Amount against a Qualifying Purchase, then the Buyer shall provide to HGS a written notice ("Redemption Notice") at the time of issuing Purchase Order.

b. For each valid Redemption Notice wherein the requested Redemption Amount is accurately calculated in accordance with these Terms and Conditions, HGS will recognize the requested Redemption Amount; provided that the sum of the requested Redemption Amount and all previously recognized Redemption Amounts does not exceed the Restricted Credit Amount. If this sum exceeds the Restricted Credit Amount, then HGS will recognize the requested Redemption Amount only to the extent that the sum does not exceed the Restricted Credit Amount.

c. Within thirty (30) days after receipt of a valid Redemption Notice, HGS will issue a credit memorandum in the amount of the recognized Redemption Amount in favor of the Buyer.

## 4. Accounting of Redemption Amounts and Balance

From time to time and at its sole option, HGS may provide an accounting to any Buyer concerning any past Redemption Amounts and the remaining balance of the Restricted Credit Amount.

## 5. Expiration

The Restricted Credit Amount, including any unredeemed portion thereof, is wholly extinguished and may no longer be redeemed upon the earlier of either the following events: (i) the total Redemption Amounts recognized by HGS equals or exceeds the Restricted Credit Amount; or (ii) the Expiration Date has passed. Any Redemption Notice received by HGS after the Restricted Credit Amount has been extinguished is void.

## 6. Completeness

These Terms and Conditions comprise the entire offer by HGS to the Buyer in relation to the Restricted Credit Amount and supersede all prior offers, negotiations, understandings or agreements regarding same.

The Settlement Agreement made on Oct. 15 2021 by and between the Buyer and HGS on behalf of HHI shall be regarded as fully completed and the provisions of the Settlement Agreement shall be effective in the event the total redemption amounts equals or exceeds the Restricted Credit Amount.

2 / 4

PRINT 2021-10-12 09.28...



**HYUNDAI**
GLOBAL SERVICE

### 7. No Cash Value

The Restricted Credit Amount has no cash value and may not be redeemed for cash. In no event will HGS be liable for the Restricted Credit Amount or any portion thereof, except as expressly provided in this Credit Note.

### 8. No Interest

The Restricted Credit Amount and all Redemption Amounts shall not accrue interest of any kind.

### 9. Not Construed Against Drafter

These Terms and Conditions shall be construed without regard to any presumptions against the party causing the same to be prepared. In the event that any provision is reasonably susceptible to more than one meaning, the meaning favored by HGS shall control.

### 10. Confidentiality

Except as necessary to negotiate or to effectuate the assignment of the Restricted Credit Amount or a portion thereof, Buyer and Buyer's successors and assigns shall not disclose to any third party the existence or nature of the Restricted Credit Amount or these Terms and Conditions. This clause shall survive the extinction of the Restricted Credit Amount and the Expiration Date.

### 11. Headings

The section headings contained in these Terms and Conditions are for reference purposes only and shall not affect the meaning or interpretation thereof.

### 12. Dispute Resolution

Any disputes, controversies or differences which many arise between HGS on the one hand and the Buyer or any other Buyer on the other hand, out of or in relation to or in connection with this Credit Note, or a breach thereof, shall be finally settled by arbitration in London Maritime Arbitrators Association (LMAA) under the laws of English. The numbers of arbitrators shall be three.

3 / 4



**HYUNDAI**
**GLOBAL SERVICE**

IN WITNESS WHEREOF, the Buyer and HGS hereto have caused this Contract to be duly executed on the date and year first above written.

For and on behalf of
GRACE OCEAN PRIVATE LTD.

For and on behalf of
SYNERGY MARINE PTE.LTD.

For and on behalf of
HYUNDAI HEAVY INDUSTIRES
CO., LTD.

Grace Ocean Private Ltd.

Synergy Marine Pte. Ltd.

Hyundai Global Service Co., Ltd.

4 / 4