WILMERHALE

March 27, 2026

**Alan E. Schoenfeld**

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

**VIA CM/ECF**

The Honorable Kai N. Scott
United States District Court
  for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

> Re: ***Grace Ocean Private Limited et al. v. Hyundai Heavy Industries Co., Ltd.***, No.
> **2:25-cv-04374-KNS**

Dear Judge Scott:

Defendant HD Hyundai Heavy Industries Co., Ltd. ("HHI") writes to update the Court on the status of the arbitral proceedings initiated by HHI against Grace Ocean Private Limited and Synergy Marine Pte Ltd under the London Maritime Arbitrators Association's 2021 Terms. *See* HHI's Mem. of Law in Support of Motion to Dismiss or Stay at 5 & Ex. H (ECF Nos. 37-1, 37-10).

The three-member tribunal has been constituted, and on March 18, 2026, the Tribunal issued its "Procedural Order No. 1" setting forth a timetable for the arbitration, with a hearing on the merits of the dispute scheduled to take place in November 2027. *See* Att. A.[1]

Grace Ocean and Synergy do not oppose this submission, but maintain that Procedural Order No. 1 does not affect the merits of the parties' arguments and the non-arbitrable nature of their claims here.

Sincerely,

*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld

Attachment

---

[1] Consistent with the confidentiality requirements of English common law regarding London-seated arbitrations, HHI is filing Procedural Order No. 1 under seal, with the consent of Plaintiffs.