**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>           Plaintiffs,<br>    v.<br><br>HYUNDAI HEAVY INDUSTRIES CO., LTD.,<br><br>           Defendant. | Civil Action No. 2:25-cv-04374-KNS |

**MEMORANDUM OF LAW IN SUPPORT OF UNCONTESTED MOTION FOR LEAVE
TO FILE UNDER SEAL PROCEDURAL ORDER NO. 1**

Defendant HD Hyundai Heavy Industries Co., Ltd. ("HHI") submits this memorandum of law in support of the Uncontested Motion for Leave to File Under Seal Procedural Order No. 1, which is submitted as Attachment A to the Letter.

Pursuant to Local Rule of Civil Procedure 5.1.5, HHI requests that leave be granted to file Procedural Order No. 1 under seal in accordance with the confidentiality requirements of English common law regarding London-seated arbitrations. A party may file a document under seal for good cause shown. *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 786 (3d Cir. 1994). While there is a presumption that the public has a right of access to public judicial materials, the presumption may be overcome if the party seeking leave to file under seal satisfies its "burden of showing that the material is the kind of information that courts will protect and that disclosure will work a clearly defined and serious injury to the party seeking closure." *In re Cendant Corp.*, 260 F.3d 183, 194 (3d Cir. 2001) (internal quotation marks and citations omitted).

Here, Procedural Order No. 1 was issued as part of ongoing arbitral proceedings under the London Maritime Arbitrators Association's 2021 Terms.  Under English common law, there is a presumption that all documents prepared for and used in an arbitration are confidential and should not be disclosed to third parties.  *See, e.g.*, *Emmott v Michael Wilson & Partners Ltd* [2008] EWCA Civ 184.  Accordingly, there is good cause to seal Procedural Order No. 1.

Plaintiffs consent to the sealing of Procedural Order No. 1.

Dated:  March 27, 2026

Respectfully submitted,

/s/ *Alan Schoenfeld*
Alan Schoenfeld (*pro hac vice*)
Howard M. Shapiro (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Alan.Schoenfeld@wilmerhale.com
Howard.Shapiro@wilmerhale.com

George P. Varghese (Pennsylvania Bar No. 94329)
Andrés O'Laughlin (*pro hac vice*)
Jacob Tuttle Newman (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
George.Varghese@wilmerhale.com
Andy.OLaughlin@wilmerhale.com
Jacob.TuttleNewman@wilmerhale.com

Christopher Davies (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Christopher.Davies@wilmerhale.com

*Attorneys for HD Hyundai Heavy Industries, Co., Ltd.*

2