**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GRACE OCEAN PRIVATE LIMITED, et al.** | : | |
| *Plaintiff(s)* | : | |
| | : | |
| **v.** | : | **CIVIL NO. 2:25-04374** |
| | : | |
| **HYUNDAI HEAVY INDUSTRIES CO., Ltd.** | : | |
| *Defendant(s)* | : | |

**NOTICE RESCHEDULING HEARING**

An **ORAL ARGUMENT** on the **MOTION TO DISMISS FOR LACK OF JURISDICTION**

(Docket No. 37) previously scheduled to be held on July 28, 2026, at 10:00 a.m. is

**RESCHEDULED** to **July 9, 2026,** at **10:00 a.m.** in **Courtroom 13B** before the **Honorable**

**Kai N. Scott**, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

*Judge Scott strongly urges Oral Argument to be presented in whole or in part by*

*junior counsel on the case.*

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Courtroom Deputy to the
Honorable Kai N. Scott
United States District Court Judge

**Date of Notice: June 2, 2026**
**Copies sent by ECF notification.**