IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRACE OCEAN PRIVATE LIMITED, et al., | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL NO. 25-4374 |
| | : | |
| HYUNDAI HEAVY INDUSTRIES CO., LTD., | : | |
| Defendant. | : | |
| | : | |

## ORDER

AND NOW, this 3rd day of August 2026, upon consideration of Defendant Hyundai Heavy Industries Co., Ltd.'s Motion to Dismiss the Action or, in the Alternative, Stay Pending Arbitration (ECF No. 37), Plaintiffs Grace Ocean Private Limited and Synergy Marine PTE LTD.'s Response to Defendant's Motion (ECF No. 38), Defendant's Reply to Plaintiff's Response (ECF No. 39), the representations made by counsel during the hearing held on **July 9, 2026**, and the Letters filed by the Parties (ECF No. 47, 48), it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and the action is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

HON. KAI N. SCOTT
United States District Court Judge

1