**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>Plaintiffs,<br>v.<br><br>HYUNDAI HEAVY INDUSTRIES CO., LTD.,<br><br>Defendant. | Civil Action No. 2:25-cv-04374-KNS |

**NOTICE OF CROSS-APPEAL**

Notice is hereby given that Defendant HD Hyundai Heavy Industries Co., Ltd. ("HHI") hereby cross-appeals to the United States Court of Appeals for the Third Circuit from the Memorandum (ECF No. 49) and Order (ECF No. 50) entered by the Honorable Kai N. Scott, United States District Judge, Eastern District of Pennsylvania, on August 3, 2026, insofar as the District Court denied HHI's motion to dismiss the action for lack of personal jurisdiction.

Dated: September 10, 2026

Respectfully submitted,

*/s/ Alan Schoenfeld*
Alan Schoenfeld (*pro hac vice*)
Howard M. Shapiro (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Alan.Schoenfeld@wilmerhale.com
Howard.Shapiro@wilmerhale.com

George P. Varghese (Pennsylvania Bar No. 94329)
Andrés O'Laughlin (*pro hac vice*)
Jacob Tuttle Newman (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
George.Varghese@wilmerhale.com
Andy.OLaughlin@wilmerhale,com
Jacob.TuttleNewman@wilmerhale.com

Christopher Davies (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Christopher.Davies@wilmerhale.com

*Attorneys for HD Hyundai Heavy Industries Co., Ltd.*